UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AMADOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCALED COMPOSITES, LLC,<br><br>　　　　Defendant. | Case No. 1:26-cv-00334-JLT-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Doc. 8)<br><br>**30-DAY and 120-DAY DEADLINES**<br><br>ORDER VACATING APRIL 20, 2026, SCHEDULING CONFERENCE<br><br>(Doc. 3) |

On December 12, 2025, Plaintiff Carlos Amador ("Plaintiff") initiated this action with the filing of a complaint against Defendant Scaled Composites, LLC ("Defendant") in state court; Defendant removed the case to this Court on January 16, 2026.  (Doc. 1).

Pending before the Court is the parties' stipulated request for order staying the action and requiring submittal of the parties' dispute to arbitration.  (Doc. 8).  The parties represent that they have agreed to submit this matter to binding arbitration pursuant to the terms of the parties' arbitration agreement signed on January 6, 2020, and updated on August 15, 2023, and to stay this action in its entirety pending completion of arbitration.  *Id.* ¶¶ 1-2, 6.  The parties agree to use JAMS as the arbitral forum.  *Id.* ¶ 7.  The referenced arbitration agreement is attached to the parties'

stipulation.

As the parties request a stay limited to the time necessary to seek to resolve their disputes through arbitration and do not identify any harm that could result from such a temporary stay of proceedings, the Court finds good cause to grant the requested relief. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110-11 (9ths Cir. 2005).

**<u>Conclusion and Order</u>**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. This action SHALL BE SUBMITTED to arbitration pursuant to the terms of the parties' arbitration agreement;

2. This action shall be STAYED in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;

3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration **within 30 days** of the date of this order;

4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration **every 120 days** following the date of this order until arbitration is completed;

5. **Within 14 days** of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued litigation of this case; and

6. The April 20, 2026, scheduling conference (Doc. 3) is VACATED.

IT IS SO ORDERED.

Dated:    **March 27, 2026**             _____

UNITED STATES MAGISTRATE JUDGE